UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:05-cr-37 |
| | ) | *Edgar* |
| TYSHAWN HILL and | ) | |
| RONDRELL SANFORD | ) | |

## **O R D E R**

In accordance with the accompanying memorandum, the Court **DENIES** Hill's and Sanford's respective motions to suppress the evidence seized during the stop and search of Hill's vehicle [Doc. Nos. 30, 32].

SO ORDERED.

ENTER this *31st day of May, 2005*.

                                                          */s/ R. Allan Edgar*
                                                R. ALLAN EDGAR
                                  CHIEF UNITED STATES DISTRICT JUDGE